JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIAN RAD,<br><br>      Plaintiff,<br><br>      v.<br><br>INTACT INSURANCE COMPANY,<br><br>      Defendant. | Case No. CV 23-0637 FMO (PDx)<br><br>**JUDGMENT** |

    IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 21st day of April, 2023.

                                                  /s/
                                      Fernando M. Olguin
                                    United States District Judge